IC

IN UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED

MAY 29 2024 MCP

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**TYRONE DILLARD II**

Vs

**CITY OF CHICAGO** in it official capacity
**MARTIN JR, CW** ( PCOBU80 ) individual capacity and official capacity; **INGRAM, M K** ( PCOCM24 ) individual capacity and official capacity

**CIVILNO:**

1:24-cv-04396
Judge John Robert Blakey
Magistrate Judge Maria Valdez
RANDOM/ CAT 2

**CIVIL RIGHTS COMPLAINT UNDER 42 U.S.C. Ss 1983** false arrest, illegal detainment, malicious prosecution and prosecutorial misconduct, racial profiling, harassment.

NOW COMES TYRONE DILLARD II and bring his 42 U.S.C. Ss 1983 for amongst other things : false arrest, illegal detainment, malicious prosecution and prosecutorial misconduct, racial profiling, harassment.

**JURISDICTION**

JURISDICTION IS INVESTED IN THIS COURT PURSUANT TO 28 U.S.C. Ss 1334 & 28 U.S.C. Ss 1343

**VENUE**

VENUE IS INVESTED IN THIS COURT PURSUANT TO 28 U.S.C. 1391

**PLAINTIFF**

PLAINTIFF TRYONE DILLARD II CAN BE SERVED all documents at : 10149 S. Wentworth Ave Chicago, IL 60628

**DEFENDANTS**

CITY OF CHICAGO CAN BE SERVED AT 50 west Washington Chicago, IL 60604

MARTIN JR, C.E ( PCOBU80 ) can be served at 3510 S. Michigan Ave Chicago IL60653

INGRAM , M . K ( PCOCM24 ) CAN BE SERVED AT 3510 S. Michigan Ave Chicago iL 60653

### STATEMENT OF FACTS

The plaintiff states on August 26, 2023 officers Martin Jr , C.W (PCOBU80 ) and Officer INGRAM , M.K ( PCOCM24 ) on beat 0463B were coming down 10151 S. Wentworth chicago IL 60628

The plaintiff was minding his business and walking across the street to get to the other side .

Event # 2323705615 The plaintiff states R/O' S then initiated a Terry stop without probable cause because plaintiff had committed no crime in accordance with the Illinois compiled statutes nor any city ordinance.

Both officers came to the car and both officers informed the plaintiff about the reason he was being detained without probable cause.

The plaintiff was concerned about his safety because as a citizen of the state of Illinois and the United States plaintiff couldn't understand why my 4th and 14th amendment rights was being violated .

The officer Martin JR , CW ( PCOBU80 ) ask the plaintiff for his identification and hadn't seen the plaintiff commit any crime .

Officer Martin Jr. CW ( PCOBU80) the plaintiff complied with the request for identification because at that time I knew I wasn't free to go .

The plaintiff states Officer Martin and Officer INGRAM didn't ask any questions they asked me to get on the detective truck and begin to pat the plaintiff down without probable cause .

There was no crime being committed by the plaintiff nor did the officers say he committed a crime .

A citizen has the right to be secure in their person, property and effects .

The officer went into my bag which they didn't have probable cause and allegedly found a Black Glock 27 .

After the officer violated my rights the did a criminal check and had the charged as ARM HABITUAL CRIMINAL , OBSTRUCTION TRAFFIC BY- NON -MOTORIST , ANNUAL GUN OFFENDER REGISTRATION, HIGH CAP MAG AND MENTAL PIERCING BULLETS

The plaintiff states his lawyer filed a Motion to Quash arrest and suppress evidence and the officers came to testify the court ruled on the motion to Quash arrest in plaintiff favor that the officers didn't have probable cause .

The Audio video doesn't reflect their argument of the officer, it conflicts with their story that I violated traffic violation by walking across the street in my neighborhood.

The plaintiff states I'm a young African American male and both officers racially profile the plaintiff and stop the plaintiff without probable cause .

The plaintiff states the 4th amendment protects against unreasonable search and seizure and there was no probable cause for the stop .

The motion was ruled on around 3/14/24 attach is a copy of the exhibits the police report and the CRIMINAL DAYA SHEET .

The officer maliciously prosecuted the plaintiff and cruel and unusual punishment under the 8th and 14th amendment was violated when both officers made up lies to obtain probable cause under oath .

The plaintiff states both officers testify under oath and lied under oath committing perjury lying to the states attorney who committed prosecutorial misconduct because of both officers Martin & officer INGRAMS lying in their police reports .

The officer knew they violated the law .

### RELIEF SOUGHT

1. 1 Million in compensatory damages per each defendant's
2. 1 Million in punitive damages per each defendant's
3. Seeking counsel under trial bar obligation federal Rules of civil procedure 11 ( c )
4. Any other relief this court deems just and fair .

**RESPECTFULLY SUBMITTED**

**DILLARD , TYRONE II**